In the Matter of GABRIELA A., a Person Alleged to be a Juvenile Delinquent, Respondent. PRESENTMENT AGENCY, Appellant.

Submitted January 6, 2014; decided January 9, 2014

Motion by the Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

LORI HOOVER et al., Respondents, v NEW HOLLAND NORTH AMERICA, INC., Formerly Known as FORD NEW HOLLAND, INC., et al., Appellants, et al., Defendants. (And a Third-Party Action.)

Submitted January 6, 2014; decided January 9, 2014

Motion by Product Liability Advisory Council, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

K2 INVESTMENT GROUP, LLC, et al., Respondents-Appellants, v AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, Appellant-Respondent.

Submitted December 16, 2013; decided January 9, 2014

Motion by Coltec Industries et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.